UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-　　　　　　　　　　　　　　　　17 cr 137 (JGK)

ARIF HAMEEDI
                Defendant.
-------------------------------------------------------------X

    It is hereby ordered that Calvin Scholar, Esq., be appointed as counsel for the defendant, Arif Hameedi, for all purposes, replacing Michael E. Talassazan, Esq.

**SO ORDERED.**

                                                          /s/ John G. Koeltl
                                                          **JOHN G. KOELTL**
                                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       July 7, 2021

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/21
```