UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                                       17 cr 137 (JGK)

**ORDER**

ARIF HAMEEDI,
                Defendant.
-----------------------------------------------------------X

The Court, having recently appointed Calvin H. Scholar, Esq., as counsel for the defendant, Arif Hameedi, will hold a conference on **Friday, July 23, 2021, at 2:00pm**, which was the original date of sentencing.

**SO ORDERED.**

                                                          **JOHN G. KOELTL**
                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       July 15, 2021

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/2021