UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -

ARIF HAMEEDI,

              Defendant.

17 Cr. 137-6 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The sentencing for Arif Hameedi is scheduled for November 12, 2021. The defendant's submissions are due 14 days before the sentencing. The government's submissions are due 8 days before the sentencing.

SO ORDERED.

Dated: New York, New York
July 23, 2021

/s/ John G. Koeltl
John G. Koeltl
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2021