UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

        - against -              17 Cr. 137-6 (JGK)

ARIF HAMEEDI,                          AMENDED ORDER

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The sentencing for Arif Hameedi is scheduled for November 12, 2021 at 2:30 p.m. The defendant's submissions are due 14 days before the sentencing. The government's submissions are due 8 days before the sentencing.

SO ORDERED.

Dated:    New York, New York
            July 23, 2021

                                                John G. Koeltl
                                      United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/21