

**CH SCHOLAR**
LAW FIRM, P.L.L.C

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

October 27, 2021

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   *United States v. Arif Hameedi*
      17 Cr. 137 (JGK)

Dear Judge Koeltl:

*[Handwritten: Adjourned to Thursday, January 20, 2022, at 11:00AM. SO ORDERED. 10/27/21 /s/ JGK USDJ]*

I represent the defendant, Arif Hameedi, in the above referenced matter. The purpose of this letter is to respectfully request an adjournment of the sentencing which is currently scheduled for November 12, 2021 until a date in early January 2022. Counsel has not yet received mitigation letters for Mr. Hameedi, which are to be included in his sentencing submission. The extension would provide counsel sufficient time to obtain the letters of support and finalize Mr. Hameedi's sentencing submission. This is counsel's first request for an adjournment of the sentencing and the Government consents to this request. Accordingly, it is respectfully requested that the Court adjourn the sentencing that is currently scheduled for November 12, 2021 until a date in early January 2022, or a date that is convenient to the Court. Additionally, both parties request that the corresponding deadlines for the parties' forfeiture letters and submissions also be adjourned. A proposed Revised Scheduling Order is attached for the Court's review.

The Court's time and consideration of this matter are greatly appreciated.

Very truly yours,

/s/

Calvin H. Scholar

CHS/jb

AUSA Michael Neff, by ECF and e-mail