

**CH SCHOLAR**
**LAW FIRM, P.L.L.C**

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

June 9, 2022

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: *United States v. Arif Hameedi*
17 Cr. 137 (JGK)

Dear Judge Koeltl:

I represent the defendant, Arif Hameedi, in the above referenced matter. The defense submits this letter motion to respectfully request that the Court issue an Order directing United States Pretrial Services/ Department of Probation to release Mr. Arif Hameedi's passport and return it to him. On June 6, 2022, I sent a request via e-mail to Mr. Hameedi's Probation Officer and the Department of Probation has not presented any objection to the request to return Mr. Hameedi's passport as of the date of this letter.

The Court's time and consideration of this matter are greatly appreciated.

Very truly yours,

/s/

Calvin H. Scholar

CHS/jb

cc: United States Attorney for the
Southern District of New York         via ECF

APPLICATION GRANTED
SO ORDERED

6/9/22
John G. Koeltl, U.S.D.J.